UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OZAUKEE COUNTY, WISCONSIN,<br><br>Defendant. | Civil Action No. 2:18-cv-00343-PP |

## PARTIES' STIPULATION OF DISMISSAL

Plaintiff United States of America and Defendant Ozaukee County, Wisconsin, through their undersigned counsel, having reached a negotiated settlement, hereby jointly stipulate to the dismissal with prejudice of the above-captioned action against Defendant Ozaukee County, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A) (ii). Accordingly, the Parties request entry of the proposed Order of Dismissal attached hereto.

DATED AND ENTERED this 3rd day of May 2019.

Agreed and consented to by:

*Attorneys for Plaintiff United States of America:*

ERIC S. DREIBAND
Assistant Attorney General
Civil Rights Division

BY:

DELORA L. KENNEBREW
Chief

Employment Litigation Section
Civil Rights Division

/s/ Louis Whitsett
LOUIS WHITSETT (DC Bar No. 257626)

/s/ Sonya Sacks
SONYA SACKS (VA Bar No. 30167)
Senior Trial Attorneys
United States Department of Justice
Civil Rights Division
Employment Litigation Section, PHB 4038
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 305-0942 (phone)
(202) 514-1005 (facsimile)
Louis.Whitsett@usdoj.gov
Sonya.Sacks@usdoj.gov

MATTHEW D. KRUEGER
United States Attorney
Eastern District of Wisconsin

BY:

/s/ Michael A. Carter
MICHAEL A. CARTER (WI Bar No. 1090041)
Assistant United States Attorney
Eastern District of Wisconsin
517 Wisconsin Avenue
Milwaukee, Wisconsin 53202
(414) 297-4101 (phone)
(414) 297-4397 (facsimile)
Michael.A.Carter@usdoj.gov

*Attorneys for Defendant Ozaukee County, Wisconsin*

/s/ Ronald S. Stadler
RONALD S. STADLER (WI Bar No. 1017450)

/s/ Jonathan E. Sacks
JONATHAN E. SACKS (WI Bar 1103204)
Jackson Lewis, P.C.
330 Kilbourn Avenue, Suite 560
Milwaukee, Wisconsin 53202
(414) 944-8925 (phone)

2

(414) 944-8901 (facsimile)
Ronald.Stadler@jacksonlewis.com
Jonathan.Sacks@jacksonlewis.com

_____

## CERTIFICATE OF SERVICE

I hereby certify that, on May 3, 2019, a true and correct copy of the Parties' Stipulation of Dismissal was served upon the attorney(s) of record in this case via the Court's Case Management Electronic Case Filing System.

*Attorney for Plaintiff United States of America*

/s/ Louis Whitsett
LOUIS WHITSETT
DC Bar No. 257626
U.S. Department of Justice
Civil Rights Division
Employment Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 305-0942
Facsimile: (202) 514-1005
Email: Louis.Whitsett@usdoj.gov